No. 73–1966. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. v. STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL.; and

No. 73–1971. UNITED STATES ET AL. v. STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL. Appeals from D. C. D. C. [Probable jurisdiction noted, 419 U. S. 822.] Joint motion of appellants for additional time for oral argument granted and 10 additional minutes granted each side. MR. JUSTICE MARSHALL and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

No. 73–6336. ROGERS v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 419 U. S. 824.] Motion of petitioner for appointment of counsel granted. It is ordered that Ralph W. Parnell, Jr., Esquire, of Shreveport, La., be, and he is hereby, appointed to serve as counsel for petitioner in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

No. 73–6587. HERRING v. NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept. [Probable jurisdiction noted, 419 U. S. 893.] Motion of the Attorney General of New York to permit two counsel to argue orally on behalf of the State of New York granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

No. 74–8. O'CONNOR v. DONALDSON. C. A. 5th Cir. [Certiorari granted, 419 U. S. 894.] Motion of respondent for leave to file supplemental brief after argument granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

---

*See also first note, *supra,* p. 940.